

IT IS ORDERED

Date Entered on Docket: September 13, 2018


_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:
STEVEN MARK WATERMAN,
    Debtor.                                              Case No. 17-12743 jl

**ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF REAL PROPERTY LOCATED AT 471 CUNNINGHAM ROAD MESILLA PARK, NM 88047 PURSUANT TO 11 U.S.C. §554**

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed August 23, 2018 (the "Motion" – docket #31) in which Debtor, Steven Mark Waterman ("Debtor"), sought to compel the abandonment of his personal residence listed in his bankruptcy Schedule A and located at 471 Cunningham Rd. Mesilla Park, NM 88047. Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on August 23, 2018, Debtor filed the Motion (docket #31); (b) on August 24, 2018, notice of the objection period along with the Motion was filed and served ("Notice" docket #32) on all creditors and other parties in interest as

1

shown on the mailing list provided to the Court by the Debtors, specifying that objections were to be filed no later than fourteen days (plus three days mailing) from the date of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of September 11, 2018 has expired and no objections to the Motion were filed; (e) the Motion is well taken and will be granted.

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Debtor may submit an Order Abandoning the Debtor's primary residence described in Schedule A of his bankruptcy schedules and statements and located at 471 Cunningham Rd. Mesilla Park, NM 88047 and that the Order will be entered by the Court.

\*\*\*END OF ORDER\*\*\*

Respectfully Submitted,

*S/electronically Submitted 9.13.18*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM  88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com